11-28-06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

RONALD SIMS                                                   PLAINTIFF

vs.                                                         No. 2:06CV78-D-A

SOUTHPOINT FINANCIAL SERVICES                         DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated November 6, 2006, was on that date duly served by first class mail upon the Plaintiff and by first class mail upon the attorney of record for the Defendant; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that:

1. the report and recommendation of the Magistrate Judge dated November 6, 2006, is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this action is CLOSED.

THIS, the 28th day of November 2006.

/s/ Glen H. Davidson
Chief Judge